AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|
| | McALLEN DIVISION | |

United States District Court
Southern District of Texas
FILED

AUG - 2 2015

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.

Kevin Misael Ayala-Mejia
A200 887 478

AKA:

    IAE    YOB:    1992
    El Salvador
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number:    M-15-1292-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 31, 2015__ in __Starr__ County, in the __Southern__ District of __Texas__

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near La Gloria, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Kevin Misael Ayala-Mejia was encountered by Border Patrol Agents near La Gloria, Texas on July 31, 2015. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on July 28, 2015, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on June 9, 2015, through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On October 28, 2011, the defendant was convicted of Burglary 1st Degree of a Dwelling and Assault 2nd Degree and sentenced to twenty (20) years confinement, seventeen (17) years suspended along with five (5) years supervised release term.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Sworn to before me and subscribed in my presence,

**August 2, 2015**

**Peter E. Ormsby**, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Complainant
Michael Chandler    Senior Patrol Agent

Signature of Judicial Officer